

Avda. Cavà 38
Tel 93 659 01 11
08840 Viladecans



Institut Català
de la Salut

| Nº Història Clínica: 14 447 793 | NºEpisodi: 10604004 | CIP: |
| --- | --- | --- |
| Cognoms, Nom: BAEZ, SAMMY | | |
| Sexe: Home    Data de Naixement: 28.12.1986   Edat: 23 anys. | | NIF/DNI: |

| Adreça | C/ MALLORCA 60 2º 1ª SANT BOI DE | CP | 08830 |
| --- | --- | --- | --- |
| Telèfon | 664517219 | ABS | |
| Procedència | DOMICILI            Servei | URGÈNCIES - MEDICINA D'URGÈNCIES | |
| Data d'ingrés | 22.08.2010     19:08:24 | Data d'alta  22.08.2010    22:05:41 | |
| Atès per | DE RAMON VILA, BEGOÑA; EPAMINONDAS FONTES, CLARICE | | |

### Informe d'assistència a Urgències

## MOTIU DE CONSULTA
TRAUMATISMO DE TRONCO, NO ESPECIFICADO

## ANTECEDENTS

**AL·LÈRGIES**
Sense al·lergies conegudes

**ANTECEDENTS PATOLÒGIC**
Accident per tret arma foc, al coll

## MEDICACIÓ HABITUAL
No refiere.

## MALALTIA ACTUAL
Varón de 23años sin APs de interés acude traido por ambulancio por dolor en hemitorax izquierdo y dificultad respiratoria posterior a golpe a alta velocidad contra un muro mientras practicaba deporte, en ambulancia está con tendencia a la hipotensión y con satO2 basal de 95%.

## EXPLORACIÓ FÍSICA

FC  87 bpm            FR   rpm            TA s  100 mmHg        TA d  50 mmHg
Tªaxi 36.0 ºC         Tªrec   ºC          SAT O2 95 %           Pes  Kg

REG, NC y NC, C y O, afebril, Glasgow 15.
AR: Marcada disminución del MV en hemitorax izquierdo con chasquido, MV conservado del lado derecho, crepitacio subcutania E, no Volet costal
AC: Ritmico, no soplos ni edemas EEII.
ABD: B y D, anodino a la palpación, peristaltismo conservado, no defensas.

## EXPLORACIÓ COMPLEMENTÀRIA

Rx torax (portatil): fracturas costillas Iz, des de la 5º, son 5 o 6, con desplazamiento, mediastinico y neumotorax. No derrame pleural.
Analítica:  Hto 40%.

## EVOLUCIÓ A L'ALTA
Se inicia analgesia, oxigenoterapia y sueroterapia.



Avda. Gavà 38
Tel 93 659 01 11
08840 Viladecans

Institut Català
de la Salut

| Nº Història Clínica: 14 447 793 | NºEpisodi: 10604004 | CIP: |
| --- | --- | --- |
| Cognoms, Nom: BAEZ, SAMMY | | |
| Sexe: Home    Data de Naixement: 28.12.1986    Edat: 23 anys. | | NIF/DNI: |

## Informe d'assistència a Urgències

Se comenta con CIR de guardia ( Sube a REA  TA 110/80, Fc 90  sat O2 99% con ventimask  Rx torax mala calidad: sol.licito otra portatil  EF- BEG  AR: D: mvc, bategs cardiacas sonors a la D  E: silencio  Pla: nova Rx torax i tub toracic )

Sota anestesia local es col.loca tub de torax nº 20 hemitorax E.
Rx comprovacio:  tub ben col.locat, re-expansio pulmonar parcial
sortida de 50 cc de sang al connectar el tub a  aspiracio

### DIAGNÒSTICS

512:0/2 Pneumotorax a tensio
924.8/2 Policontusions
807.00 Fractura costella(es), inespecificada, tancada

### PROCEDIMENTS

Drenatge toracic

### TRACTAMENT I RECOMANACIONS A L'ALTA

Trasllat a aCSUB amb SEM amb Infermeria despres de parlar amb Cap de la guardia i cirurgiana toràcica.

**DESTINACIÓ A L'ALTA:**        DERIVACIÓ A ALTRE CENTRE
                                                 HOSPITAL UNIVERSITARI BELLVITG

*[signature]*

30108



**Institut Català de la Salut**
**Hospital de Viladecans**
Avgda. de Gavà, 38
08840 Viladecans
Telèfon 93 659 01 11 / 93 659 02 50

| | |
|---|---|
| Nom: | SAMMY BAEZ |
| Adreça: | C/ MALLORCA 60 2º 1ª  08830 SANT BOI DE LLOBREGAT |
| Data Naix.: | 28.12.1986 |
| NASS: | |
| Servei: | URG |
| Data: | 22.08.2010 |
| CIP: | |
| Nº Pacient: | 14447793 |
| Telèfon: | 664517219 |
| Nº Cas: | 10604004 |
| Hora: | 19:08:24 |

## TRAJECTÒRIA PROCEDIMENTS QUIRÚRGIC

### REANIMACIÓ PRE-OPERATORI

UH de procedència _____   Hora d'arribada: 20:20h

Data ___/___/___    Quiròfan UCSI    Inf. de Reanimació _____
Diagnòstic _____                    Inf. Instrumentista _____
Intervenció _____                   Inf. Circulant _____
Anestesiòleg Dr./a _____            Cirurgià Dr./a _____

Anestèsia: ☐ General  ☐ Loco-regional  ☐ Combinada  ☐ Local  ☐ Sedació    ASA _____   Mallampati _____

Al·lèrgies ☐ Sí ☐ No  **Especificar** _____

Antecedents patològics: _____

Hàbits tòxics: ☐ Enolisme ☐ Tabaquisme ☐ Drogaaddicció

| | | | | |
|---|---|---|---|---|
| Premedicació correcte: ☐ Si ☐ No | Estat de consciència: Conscient ☐ Orientat ☐ Desorientat ☐ Obnubilat ☐ | Vies arterials i venoses: Tipus Abb.16 Ø lloc ESC Tipus Abb.18 Ø lloc E Tipus Abb.16 Ø lloc ESC Tipus _____ Ø lloc _____ | Altres vies: ☐ SNG ☐ S. Vesical | |
| Expl. complem. correctes: ☐ Si ☐ No | | | | |
| Dejú: ☐ Si ☐ No | | | | |
| Higiene: ☐ Si ☐ No | Estat emocional: Preocupat ☐ Ansiós ☐ Tranquil ☐ Nerviós ☐ | Seguretat: Baranes ☒ Subjecció ☐ Braçalet identificador ☐ Mesures antiembolisme ☐ | Via clínica: ☐ | |
| Rasurat: ☐ Si ☐ No | | | | |

| Diagnòstic d'infermeria | Objectiu | Intervencions |
|---|---|---|
| Ansietat relacionada amb les tècniques i la intervenció quirúrgica manifestada per la por. | Disminuir l'ansietat del pacient. | ☒ Presentació personal al pacient<br>☐ Mantenir la seva intimitat<br>☐ Comprovar identitat i zona a operar<br>☐ Informar al pacient del circuit peroperatori<br>☐ Explicar al pacient que la família serà informada del seu procés<br>☐ Respondre els dubtes que manifesti |
| Risc de deteriorament de la integritat cutània relacionada amb la immobilitat física. | Prevenir alteracions de la integritat cutània. | ☐ Comprovar la presència o absència de joies i/o pròtesi |
| Risc obstrucció de les vies aèries. | Prevenir l'obstrucció de les vies aèries. | ☐ Comprovar el dejú<br>☐ Comprovar absència pròtesi dental |

| Hores | 20:40h | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T. ARTERIAL | 13/7 | | | | | | | |
| F.C. | 95 | | | | | | | |
| DIURESIS | 50cc | | | | | | | |
| BM TEST | | | | | | | | |
| SAT O₂ | vnk x 99% | | | | | | | |
| HEMODERIVATS | | | | | | | | |
| PERFUSIONS | | | | | | | | |
| 500 RL FCO | | | | | | | | |
| | | | | | | | | |
| FÀRMACS | | | | | | | | |
| 2 mf nortrus dUP | | | | | | | | |

| HORES | | 2h | 21'15h | 30 | 45 | (22) | 1 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TA | | 130/82 | 136/84 | 134/67 | 114/80 | 17/63 | 70/76 | | | | | | |
| FC | | 80 | 81 | 75 | 74 | 84 | 98 | | | | | | |
| FR | | 15x' | | 13x' | | | | | | | | | |
| Sat O₂ | PTLK 24% 4ex | 100% | 100% | 100% | 100% | 100% | 100% | | | | | | |
| F. O₂ | | | | | | | | | | | | | |
| PIT / PEEP | | | | | | | | | | | | | |
| TEMPERATURA | | | | | | | | | | | | | |
| P.V.C. | | | | | | | | | | | | | |
| DIURESIS | PARCIAL | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | |
| DEPOSICIONS | | | | | | | | | | | | | |
| VÒMITS | | | | | | | | | | | | | |
| GLICEMIA DIT | | | | | | | | | | | | | |
| HEMOCUE | | | | | | | | | | | | | |
| EVA | | | | 3 | | | | | | | | | |
| MEDICACIÓ Y SERUMTERAPIA | | | | | | | | | | | | | |
| SCO  FSO | | | | | | | | | | | | | |

HEMOTERAPIA

Drenatges
PLEURE VAC

Suoració
Proves complementaries

Miscelania:
Inici P.C.A.
Bloqueig periferics
Dosi test epidural

Balanç liquids — Entrades — Valoració a l'alta: ☐ Conscient i orientat ☐ Funció respiratòria normal — ☐ Control globus vesical { ☐ Espontani ☐ No micció ☐ Sondatge — ☐ Nivell de bloqueig { ☐ Mot ☐ Per ☐ 1lm

| | | | | | | | | OBSERVACIONS |
|---|---|---|---|---|---|---|---|---|

(21h)
→ SE COLOCA DRENAJE TORÁCICO nº 20, EN ASPIRACIÓN SUAVE. (SE OBTIENEN 140 cc DE MATERIAL HEMÁTICO)

→ PTE. TRASLADO UCA SEMI MEDICALIZADO.

→ PLACA COMPROBACIÓN TÓRAX, DRENAJE O.K. (REVISADA X CIRUGÍA)

| | ORDRES MÈDIQUES | | | |
|---|---|---|---|---|
| DATA | FÀRMAC | DOSI | VIA | SIGNATURA |

Destí:
☐ UI
☐ UCSI/SR
☐ UCI
☐ UCSI
☐ Domicili
☐ Exitus

Hora d'alta ........................

Firma:

Anestesista           Infermera

# URGÈNCIES
## Hospital de Viladecans
### LLISTAT DE PRESCRIPCIÓ/ADMINISTRACIÓ DE MEDICAMENTS

**NOM:** SANCHEZ DOLZ (?)
**Adreça:** C/ MALLORCA 60 2º 1ª
08830 SANT BOI DE LLOBREGAT
**Data Naix.:** 28.12.1986
**NASS:**
**Servei:** URG
**Data:** 22.08.2010

**CIP:**
**Nº Pacient:** 14447793
**Telèfon:** 664517219
**Nº Cas:** 10604004
**Hora:** 19:08:24

**ALÈRGIES:** NAMC

**DIAGNÒSTIC:** Traumatismo Parrilla costal 30/45"

| MEDICAMENT | Dosis | Via | Freq | | | | |
|---|---|---|---|---|---|---|---|
| 500cc SF descarga | | | | X | | | |
| (omin) | | | | M | | | |
| Fentanyl iv | | | | M | X | | |
| Pantoprazol 40mg iv | | | | M | X | | |
| Primperam iv | | | | | X | | |
| 2g Urbason + 9ml SF | | | | | X | | |
| 1 2ml | | | | | | | |
| Paracetamol 1g iv | | | | | | X | |
| Nolotil iv | | | | | | | |

**Control administració infermeria:**

| Oxigenoteràpia | Dieta | Proves | Constants | Diüresis | Altres |
|---|---|---|---|---|---|
| 10lM VMK | | | | | |

**DATA i HORA:**
**Signatura metge especialista:** nom, cognom i núm de col·legiat
**Ingrés:** ☐ SI  ☐ NO